# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Erik Jose Perez Velazquez,<br>a.k.a.: Erik Perez Velazquez,<br>(A099 298 871)<br>*Defendant* | Case No. 17-6303MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 14, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Erik Jose Perez Velazquez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about June 25, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Ryan Powell

☒ Continued on the attached sheet.

*Complainant's signature*

Gilbert V. Longoria,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 15, 2017

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Gilbert V. Longoria, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 14, 2017, while follow a lead from the Law Enforcement Support Center, the Phoenix ICE Mobile Criminal Alien Arrest Team (MCAAT) encountered Erik Jose Perez Velazquez during a traffic stop, near the intersection of 57th Drive and McDowell Road, in Phoenix, Arizona. At the scene, MCAAT officers determined Perez Velazquez to be a citizen of Mexico, illegally present in the United States. On the same date, Perez Velazquez was transported to the Phoenix ICE office for further investigation and processing. Perez Velazquez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Erik Jose Perez Velazquez to be a citizen of Mexico and a previously deported criminal alien. Perez Velazquez was removed from the United States to Mexico through Nogales, Arizona, on or about June 25,

1

2010, pursuant to an order of removal issued by an immigration judge. There is no record of Perez Velazquez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Perez Velazquez's immigration history was matched to him by electronic fingerprint comparison.

4. On August 14, 2017, Erik Jose Perez Velazquez was advised of his constitutional rights. Perez Velazquez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Perez Velazquez stated that his true and complete name is Erik Jose Perez Velazquez, and that he is a citizen of Mexico. Perez Velazquez stated that he illegally entered the United States through Nogales, in "December, 2017." Perez Velazquez further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about August 14, 2017, Erik Jose Perez Velazquez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico at or near Nogales, Arizona, on or about June 25, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland

Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Gilbert V. Longoria,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 15th day of August, 2017.

_____
David K. Duncan,
United States Magistrate Judge

3